Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| KADIE L. BARSHEFF, | Case No. 2:18-BK-05366-DPC |
| Debtor. | **TRUSTEE'S REQUEST FOR ENTRY OF AN ORDER DISMISSING CASE FOR FAILURE OF DEBTOR TO APPEAR AT MEETING OF CREDITORS** |

Now comes Edward J. Maney, Chapter 13 Trustee assigned to administer this case, by and through counsel undersigned, and requests that this Court dismiss this case for the following reasons:

Pursuant to Rule 1017-1(b), L.R.B.P., the Trustee requests that the case be dismissed because Debtor failed to appear at the meeting of creditors on June 27, 2018.

Dated: See Electronic Signature.

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By:

Edward J. Maney, Esq.
Digitally signed by Edward J. Maney, Esq.
Date: 2018.07.02 11:22:00 -07'00'

Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

///

///

///

///

1

1    ///

2    COPIES of the foregoing mailed
   See Electronic Signature:
3

4    Kadie L. Barsheff
   16057 W. Grant Street
   Goodyear, AZ 85338
5

6    Jackie Garcia

   Digitally signed by Jackie Garcia
   DN: cn=Jackie Garcia, o=Edward
   J. Maney, Trustee, ou=File Clerk,
   email=jgarcia@maney13trustee.c
   om, c=US
7    Date: 2018.07.05 14:04:25 -07'00'

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28