SO ORDERED.

Dated: July 20, 2018

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>KADIE L. BARSHEFF,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2:18-bk-05366-DPC<br><br>**ORDER DISMISSING CASE** |

The Court having held a status hearing on July 16, 2018 (DN 21), and having considered the *Trustee's Request for Entry of an Order Dismissing Case for Failure of Debtor to Appear at Meeting of Creditors* (DN 18) filed by Edward J. Maney, Chapter 13 Trustee, and for good cause appearing therefore,

**IT IS HEREBY ORDERED:**

(A)  This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B)  A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on the Debtor's motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal; and

(C)  Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated.

ORDER SIGNED ABOVE

1 | Lodged with the Court and copies mailed on [see digital signature] to:

2 | Kadie L. Barsheff
3 | 16057 W. Grant Street
  | Goodyear, AZ 85338

5 | Nicholas Van Vleet, Esq.
  | 2250 E. Germann Road, Suite 11
6 | Chandler, AZ 85286

8 | By _Mary B. Martin, Esq._ Digitally signed by Mary B. Martin, Esq.
  | Date: 2018.07.20 07:39:29 -07'00'
9 |     Mary B. Martin